# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-8090-SS | Date | February 9, 2018 |
| Title | Thomas Maloney v. Convergent Outsourcing, Inc., et al. | | |

Present: The Honorable **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court, on its own motion, hereby orders plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution as to defendant. Plaintiff must file a response to this order or file the proof of service of summons and complaint pursuant to Rule 4 on or before February 23, 2018.

cc: Parties

00 : 00

Initials of Preparer  mr